**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand twenty-one,

|  | **ORDER** |
|---|---|
| Broad Coverage Service, Inc. v. Oriska Insurance Company | Docket No. 21-295 |
| Bay Park Center for Nursing and Rehabilitation LLC. Rehabilitation LLC | Docket No. 21-1554 |
| Oriska Corporation v. Hodge | Docket No. 21-1556 |
| Oriska Corporation v. Avalon Gardens Rehabilitation | Docket No. 21-1559 |
| Oriska Corporation v. Woodmere Rehabilitation and Health Care Center, Inc | Docket No. 21-1560 |
| Oriska Corporation v. Brookhaven Rehabilitation | Docket No. 21-1586 |
| Oriska Corporation v. Little Neck Care Center, LLC | Docket No. 21-1588 |
| Oriska Corporation v. New Surfside Nursing Home, LLC | Docket No. 21-1589 |
| Oriska Corporation v. North Sea Associates, LLC | Docket No. 21-1591 |
| Oriska Corporation v. Nassau Operating Co. LLC | Docket No. 21-1592 |
| Oriska Corporation v. Bayview Manor LLC | Docket No. 21-1593 |
| Oriska Corporation v. West Lawrence Care Center, LLC | Docket No. 21-1595 |
| Oriska Corporation v. Garden Care Center, Inc. | Docket No. 21-1596 |

MANDATE ISSUED ON 09/01/2021

| | |
|---|---|
| Oriska Corporation v. Park Avenue Operating Co. LLC | Docket No. 21-1599 |
| Oriska Corporation v. Willoughby Rehabilitation and Health Care Center, LLC | Docket No. 21-1610 |
| Oriska Corporation v. Parkview Care & Rehabilitation | Docket No. 21-1613 |
| Oriska Corporation v. Pinegrove Manor II, LLC | Docket No. 21-1615 |
| Oriska Corporation v. Townhouse Operating Co. | Docket No. 21-1620 |
| Oriska Corporation v. Golden Gate Rehabilitation and Health Care Center | Docket No. 21-1634 |

Counsel for Appellants moves to withdraw the above-captioned appeals.

IT IS HEREBY ORDERED that the motions are GRANTED. The appeals are deemed WITHDRAWN.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit